■ DAVID L. POOLE, Respondent, v CONSOLIDATED RAIL CORPORATION, Appellant. (Appeal No. 3.)—Order affirmed without costs. Same Memorandum as in *Poole v Consolidated Rail Corp.* ([appeal No. 2] 178 AD2d 941 [decided herewith]).

All concur, except Boomer and Lawton, JJ., who dissent and vote to dismiss appeal as moot. (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Set Aside Verdict.) Present—Callahan, J. P., Boomer, Green, Lawton and Davis, JJ.